UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 20-10128-MLW |
| | ) |
| KEENAM PARK, | ) |
|     Defendants. | ) |

ORDER

WOLF, D.J.                                                        August 11, 2020

    For the reasons stated at the hearing by videoconference on August 10, 2020, it is hereby ORDERED that:

    1.     Defendant Keenam Park's release is REVOKED. Park shall report to the United States Marshal at the Moakley Federal Courthouse, or the facility designated by the United States Marshal, by 12:00 noon on August 19, 2020.

    2.     Park shall, by August 13, 2020, file any motion seeking reconsideration of the revocation of his release pending sentencing. Any such motion shall include additional proposed conditions of supervision to reasonably assure that Park will not flee, or pose a danger to the safety of any other person or the community if released pending his sentencing, see 18 U.S.C. §3143(a)(1), including the address at which Park will reside continuously until November 2, 2020.

    3.     The government's Motion to Modify Conditions of Pretrial Release (Dkt. No. 40) is ALLOWED. Accordingly: (1) Park shall not

engage in any business, directly or indirectly, or solicit funding for any business venture; and (2) Park may ask relatives or acquaintances for gifts or loans of funds for personal or living expenses only with the prior permission of Probation.

4. Park shall, by August 13, 2020, provide to the government and Probation the documents and information concerning the recent sale of his home in Weston, Massachusetts, including the gross and net proceeds of the sale, and the distribution of them.[1]

5. The government shall, by August 17, 2020, report regarding how the proceeds of the sale of Park's home were divided and why it did not secure an interest in the home prior to the sale.

6. The government and Probation shall report to the court immediately if Park appears to have violated any condition of release.

7. A sentencing hearing will be held on November 2, 2020, at 2:00 p.m.

8. Sentencing memoranda and any other materials shall be filed by October 19, 2020. Any replies shall be filed by October 26, 2020.

---

[1] The August 13, 2020 date was not stated at the hearing.

9.  The parties shall order the transcript of the August 10, 2020 hearing.

                                               /s/ Mark L. Wolf
                                     UNITED STATES DISTRICT JUDGE