```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
         v.                  )
                             )   Cr. No. 20-10128-MLW
                             )
KEENAM PARK,                 )
     Defendant.              )
```

## ORDER

WOLF, D.J.                                        August 18, 2020

The court has considered defendant Keenam Park's Motion for Reconsideration of the Court's August 11, 2020 Order (Docket No. 49) revoking Park's release pending sentencing (the "Motion"). The court has also considered the United States' Status Report (Docket No. 55), and information and documents provided by Probation.

Probation is satisfied that Park has found a suitable, stable place to reside until his sentencing on November 2, 2020. The government reportedly does not oppose the Motion. See Docket No. 49. While the court continues to be concerned that Park may not obey the conditions of his release, it is allowing the Motion and ordering certain additional conditions of release pending sentencing.

It is hereby ORDERED that:

1.  The Motion (Docket No. 50) is ALLOWED and, therefore, Park need not report to be detained on August 19, 2020, as ordered on August 11, 2020.

2. Park shall not violate any condition in the Third Amended Order Setting Conditions of Release or the following additional conditions, which are now being imposed:

(a) Park shall reside at 61 Hundreds Road, Wellesley, Massachusetts 02481, with Hyoyoung Seo, Yoo Joon Kim, and their family.

(b) Park shall each Tuesday submit to Probation and the court a sworn affidavit representing that he has complied with each of the conditions of his release – including but not limited to the conditions that he not solicit money from anyone for any purpose or engage in any business directly or indirectly – or disclose and seek to explain any conduct prohibited by the conditions of his release.

3. Probation shall monitor Park closely and inform the court immediately if it appears that he may have violated any condition of his release.

/s/ Mark P. Wolf
UNITED STATES DISTRICT JUDGE