UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-CR-10128-MLW |
| ) | |
| KEENAM "KASON" PARK, ) | |
| ) | |
| ) | |
| Defendant ) | |

**UNITED STATES' MOTION FOR ORDER OF FORFEITURE (MONEY JUDGMENT)**

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of an Order of Forfeiture (Money Judgment) in the above-captioned case pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On July 14, 2020, the United States Attorney for the District of Massachusetts filed a one-count Information, charging defendant Keenam "Kason" Park (the "Defendant") with Wire Fraud, in violation of 18 U.S.C. § 1343 (Count One);

2. The Information also included a Forfeiture Allegation, pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C § 2461(c), which provided notice that the United States intended to seek the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Information, of any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited included, but was not limited to, at least $5,192,330, to be entered in the form of a forfeiture money judgment.

*Allowed*
*WMW.D.J.*
*Sept. 14, 2020*