```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 20-10128-MLW |
| | ) |
| KEENAM PARK, | ) |
| Defendants. | ) |

                              ORDER

WOLF, D.J.                                        November 3, 2020

   For the reasons stated at the hearing by videoconference on November 2, 2020, it is hereby ORDERED that:

   1. The government shall, by November 10, 2020, obtain additional information and documents from South Korea concerning any arrest or conviction of defendant Keenam Park, and produce such information to defendant and Probation, which shall provide it to the court.[1]

   2. Probation shall, by November 16, 2020, interview Park again concerning any information from South Korea and whether he has ever been arrested or convicted anywhere else.

   3. Probation shall, by November 23, 2020, provide the parties and the court an amended Presentence Report that includes the information concerning any arrests or convictions in South

---

[1] The government may, if necessary, move for an extension of time to obtain information from South Korea.

Korea, or elsewhere, and notes them as a possible ground for departure pursuant to U.S.S.G. §4A1.3.

4.  The parties shall, by December 2, 2020, file supplementary sentencing memoranda addressing any objections they may have to the amended Presentence Report. Defendant shall also address the implications of any arrests or convictions in South Korea, or elsewhere. The government should not do so to the extent, if any, inconsistent with its obligations under the plea agreement. See, e.g., Santobello v. New York, 404 US 257 (1971); United States v. Canada, 960 F.2d 263 (1st Cir. 1992).

5.  The sentencing hearing will resume, by videoconference, on December 9, 2020, at 1:30 p.m.

6.  Park is released pending sentencing on the existing conditions, and on home incarceration subject to electronic monitoring.

7.  The parties shall order the transcript of the November 2, 2020 hearing.

                                                                        /s/ Mark L. Wolf  
                                                           UNITED STATES DISTRICT JUDGE