UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>       v.                                              )<br>)<br>KEENAM "KASON" PARK,            )<br>)<br>              Defendant                      )<br>) | Criminal No. 20-10128-MLW |

## GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

In accordance with the Court's order of November 3, 2020 (Dkt. No. 87), the government respectfully submits this supplemental memorandum in connection with the sentencing of defendant Keenam Park. The government does not have any objections to the amended Presentence Report issued on November 23, 2020. The government believes that the defendant's conviction in South Korea underscores the appropriateness of the recommendation made in the government's initial sentencing memorandum for the reasons set forth therein.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Leslie A. Wright*
       LESLIE A. WRIGHT
       Assistant United States Attorney

Date:   December 1, 2020

Certificate of Service

I hereby certify that this document filed through the ECF system on December 1, 2020 will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By: */s/ Leslie A. Wright*
LESLIE A. WRIGHT
Assistant United States Attorney