UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA      )
)
v.                                )
)        Crim. No. 1:20-cr-10128-MLW
KEENAM PARK,         )
Defendant           )
)
_____)

## DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM

Defendant Keenam Park ("Mr. Park"), by and through undersigned counsel, and pursuant to the order of the Court entered November 3, 2020, (Dkt. No. 87) hereby submits this Supplemental Sentencing Memorandum. Mr. Park has no objections or corrections to the amended Presentence Investigation Report issued on November 23, 2020. Mr. Park respectfully submits, however, that his Korean conviction from nearly twenty years ago, while undoubtedly meaning he is not a first time offender, does not fundamentally alter the facts and arguments set forth in his initial Sentencing Memorandum, (Dkt. No. 74), and that the requested sentence of twenty-four (24) months' incarceration, 1000 hours of community service, restitution, and supervised release, is just and sufficient punishment given the facts and circumstances of this case. Mr. Park respectfully renews his request that the Court adopt his sentencing recommendation.

Dated: December 2, 2020              Respectfully Submitted:

KEENAM PARK
By and through his Attorneys:

*/s/ Paul J. Andrews*
ANDREWS LAW OFFICE, LLC
Paul J. Andrews, BBO No. 558574
14 Saint Joseph Street, Suite 200D
Rapid City, SD 57701

Tel.:   (605) 718-4001
paul@andrewslawofficellc.com

Vikas S. Dhar, BBO No. 657539
vikas@dharlawllp.com



1 Constitution Wharf, Suite 320
1 Constitution Road
Charlestown, Massachusetts 02129
Office: 617.880.6155
Mobile: 617.935.6733
Fax: 617.880.6160

## CERTIFICATE OF SERVICE

I, Paul J. Andrews, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by ECF upon all parties registered with CM/ECF in this matter on the date above.

*/s/ Paul J. Andrews*
Paul J. Andrews