Youngran Seo
[redacted]@gmail.com

Oct 31, 2020

RE: Mr. Kason Park

I am writing on behalf of Kason Park. I know Kason for about 6 years now.
I was hired by EduBoston in 2014 and worked with Kason more than 5 years.
While I was working in EduBoston, Kason not only is my boss but my mentor and a good leader.

Kason is one of the best bosses I've had. He is a carrying person, he always motivates me to do best not only at work but also at my career path.
I would say Kason has most impacted my career in terms of a mentor. He was an amazing leader and my coworker. He always encouraged the staff to work in progress and to help each other improve and grow.
He always put the student first no matter what. In this education industry, everyone tries to generate more profits than nursing and helping students, but Kason is opposed, he always tries his best to accommodate students and parents in many ways and keep the industry more transparent and ethical.

That was the biggest reason why he stared EduHup because he wants to create a new business model that help families to save money and find the best schools for their child's dream.

He believes Education should be available every student around the world, cut the middle man and become more transparent, so many students can afford the best education in the USA.

In past years, he fought hard to convince giant education company New Oriental and JJL to lower the commission and not to put recruiting companies like EduBoston in an unhealthy competition which will ruin the market.

I strongly believe Kason will not be a threat to society, as I know him for more than 6 years, he is a great leader and educator who cares about his employees and students as his own. Furthermore, I am confident that Kason will pay back the money owed to parents and schools as best as he can if he is capable of doing so if he is free.

It's my sincere hope the court takes this letter into consideration at the time of sentencing. I hope he could avoid long jail time and give him a second chance to make things right.

Sincerely,
Youngran Seo

THIEM V. TRAN
Notary Public, Commonwealth of Massachusetts
My Commission Expires November 20, 2026

**Commonwealth of Massachusetts**

On this 10 day of November 2020, before me, the undersigned notary public, personally appeared Youngran Seo proved to me through satisfactory evidence of identification, which were MA Driver License to be the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for its stated purpose.

Thiem Tran, Notary Public
My Commission Expires 11/20/2026

Dr. Clark M. Egnor, Ed.D.
524 North Blvd.
Huntington, WV 25701

November 4, 2020

Re: Keenam Park

To the Honorable Judge:

I am writing this letter on behalf of Keenam "Kason" Park. Kason and I have been friends and business colleagues for over six years. During the time I've known Kason, he has always been a good friend and a good person who cares about doing what's right in both his personal and business life. For this reason, I was both troubled and surprised to hear about this case as Kason has always been a very solid person.

I understand the seriousness of this matter and the trouble Kason is in, however, I hope the court will show some leniency. Kason has expressed to me his remorse for making such a serious mistake and his strong desire to correct the damage. I believe Kason had no intention to hurt anyone. As his friend, I had been aware of some difficulties in his personal and professional life, including the death of his father and the financial problems he was having with his company. I can only imagine that these difficulties must have overwhelmed him and severely compromised his ability to cope properly with life. Although I am not in a position to help him with a place to live or a job, I will continue to be his friend and provide needed moral support.

I believe Kason has every intention to improve whatever may have caused his misconduct. He has a strong personality with the desire for self-improvement and a strong conscious to do what is right. I have no doubt that Kason will dedicate himself to correcting the damages he had done to the victims and the financial damages he has caused. Kason is a gifted entrepreneur with a passion for helping others while also growing profitable businesses. I can easily imagine him dedicating himself to rebuilding his life and paying back his debt to society. In our friendship, Kason has always been there for me. When I was making some changes to my career a couple of years ago, Kason offered me a job in his company that allowed me to develop new skills and acquire valuable experience in a new field. At the same time, Kason and I continued to be good friends and he showed a significant amount of emotional support when I was caring for my father with dementia. At the same time, Kason was struggling with similar family issues and we would console and support each other.

It is my sincere hope that the court takes this letter into consideration. I believe as Kason moves forward, he will emerge as a better person and not make such a poor decision again. I do not think society would benefit from sending Kason to jail while his case is ongoing. I also believe that if released on bail, Kason will not be a flight risk and that he will not be a danger to anyone. Despite the current case, I believe Kason to be an honorable individual, a person of upright character, a good friend and a good human being.

Sincerely,

Dr. Clark Egnor

As sworn before me this 4th November, 2020.

My commission expires 18 Apr 2023

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Betty J Line
4220 Altizer Ave
Huntington, WV 25705
My Commission Expires April 18, 2023