UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



201 Maple Street, Chelsea MA 02150

| | |
|---|---|
| File Number: | 272B-BS-3178542 |
| Requesting Field Official(s) and Office(s): | SA Catherine Lucille Bromfield, BS |
| Task Number(s) and Work Request#: | 1246555, WR# 1246151 |
| Date Completed: | 11/04/2020 |
| Name and office of Linguist(s): | CL Woong Soon Lee, BS |
| Name and Office of Reviewer(s): | LA John Lim, HQ |
| Source Language(s): | Korean |
| Target Language: | English |
| Source File Information: | |

Seoul District Court 2002 No 4684 (Keenam Park_2nd Trial)

### VERBATIM TRANSLATION

Abbreviations:
[ ]   Translator's Notes            PH     Phonetic
Sic   Stated as is                  ICST   Intelligence Community Standard of Transliteration

[TN: The ICST for Keenam Park is Pak Ki-nam. The ICST for Lee Kyeong-hun is Yi Kyo'ng-hun. The ICST for Kang Wu-sik is Kang U-sik. The ICST for Jeong Se-yang is Cho'ng Se-yang. The ICST for Yang In-seok is Yang In-so'k. The ICST for Kwon Dong-ju is Kwo'n Tong-chu. The ICST for Im Ji-a is Im Chi-a.]

UNCLASSIFIED

UNCLASSIFIED

File#: 272B-BS-3178542
Task #: 1246555
Document name: Seoul District Court 2002 No 4684 (Keenam Park_2nd Trial)

# Seoul District Court

## The 7th Criminal Division

## Judgment

| | | |
|---|---|---|
| Case: | 2002No4684 | A. Fraud |
| | | B. Violation of Foreign Exchange Transactions Act |
| Defendant: | Keenam Park (600802-1000000), Director of an international studies institute | |
| | Resides at 388 Ocean Avenue, Revere 02151 [*Sic*] in the City of Boston in the State of Massachusetts, U.S.A. | |
| | Citizenship: U.S.A. | |
| Appellant: | The defendant | |
| Prosecutor: | Lee Kyeong-hun [PH] | |
| Counsel: | Lawyer Kang Wu-sik [PH] | |
| Original Ruling: | Judgment of the Seoul District Court on 4/30/2002, Sentence 2001GoDan11926 | |

Confirmed 08/03/2002 [Hand written]

## Order

The defendant's appeal is dismissed.

## Reason

### 1. Summary of the reason for the appeal
The sentencing of the original judgment is too heavy.

**01-119968** [Handwritten]

1
UNCLASSIFIED

UNCLASSIFIED

File#: 272B-BS-3178542
Task #: 1246555
Document name: Seoul District Court 2002 No 4684 (Keenam Park_2nd Trial)

## 2. Judgment

3. The above claim has no ground because the original sentence is appropriate considering the various conditions of the sentence on the record, such as the defendant's motive; the circumstances of the crime; the aftermath of the crime; the defendant's age, behavior, environment, criminal history, etc.

[A partially visible seal]

## 4. Conclusion

Therefore, the court's decision is to dismiss the defendant's appeal, as stated in the Order, according to Article 364, Paragraph 4 of the Criminal Procedure Act.

07/26/2002

Judges:    Judge  Yang In-seok [PH] [Signature and seal]

Judge  Kwon Dong-ju [PH] [Signature and seal]

Judge  Im Ji-a [PH] [Signature and seal]