UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEENAM PARK, )<br>Defendant. )<br>) | Crim. No. 1:20-cr-10128-MLW |

### DEFENDANT'S MOTION TO PERMIT HIM TO RELOCATE WHILE AWAITING HIS SELF-SURRENDER DATE

The Defendant, Keenam Park ("the Defendant"), by and through his undersigned attorney, hereby respectfully requests that this Honorable Court permit him to relocate from the residence in which he is currently staying with friends to a new location where he can stay until it is time for him to report to his designated Bureau of Prisons facility. Mr. Park has identified two potential locations, one in Alston and one in Cambridge where he would be able to stay for approximately the next six weeks. With regards to each location, they are occupied by long-time friends of Mr. Park, each of whom have been fully advised as to his conviction, sentencing, release conditions and that he is waiting to report to prison.

Mr. Park has been in contact with the Probation Office to arrange a suitability inspection but has been advised that the Court must first authorize him to move before any inspection can be made. If the Court authorizes Mr. Park to move but Probation does not find any of his proposed locations to be suitable, then he will remain at his current location in Wellesley until his self-report date. As he advised the Court at his sentencing, Mr. Park's only desire in seeking a move is to ease the burden on his friends who have graciously allowed him to stay with him for the past

*Allowed. Park may move if and when Probation finds one of two proposed residences suitable. His release shall otherwise continue on the same conditions. /s/ W.G.Y. DJ  Dec. 14, 2020*