UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 1:20-cr-10128-MLW |
| KEENAM PARK, | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

### DEFENDANT'S NOTICE OF APPEAL

NOW COMES, Keenam Park, through undersigned counsel, and respectfully provides notice of his intent to appeal the Final Judgment entered on December 9, 2020 to the United States Court of Appeals for the First Circuit.

Respectfully Submitted:

KEENAM PARK
By and through his Attorney:

Dated: December 18, 2020

*/s/ Vikas S. Dhar*
Vikas S. Dhar, BBO No. 657539
vikas@dharlawllp.com



1 Constitution Wharf, Suite 320
1 Constitution Road
Charlestown, Massachusetts 02129
Office: 617.880.6155
Mobile: 617.935.6733
Fax: 617.880.6160

## **CERTIFICATE OF SERVICE**

I, Vikas S. Dhar, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by ECF upon all parties registered with CM/ECF in this matter on the date above.

/s/ Vikas S. Dhar
Vikas S. Dhar