UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEENAM PARK, )<br>Defendant )<br>) | Crim. No. 1:20-cr-10128-MLW |

### DEFENDANT'S MOTION REQUESTING BUREAU OF PRISONS FACILITY DESIGNATION RECOMMENDATION

NOW COMES, Keenam Park, through undersigned counsel, and respectfully requests that this Honorable Court, at its discretion, enter a recommendation to the Bureau of Prisons to designate Mr. Park to the Devens Satellite Prison Camp, 42 Patton Road, Ayer, Massachusetts, 01432.

In support of this request, Mr. Park states that he has been sentenced to a custodial term of 60 months and given his history of asthma and his current recovery from neck disc surgery, the Devens Satellite Prison Camp, adjacent to the Devens Federal Medical Center, would be an appropriate BOP facility to address his medical issues. Further, although his wife and minor child have relocated to Korea and his mother passed away on December 5, 2020, his support system of friends remain in Massachusetts.

After conference, the government takes no position on this motion.

As the court understands that it the Bureau of Prison policy to designate a facility commensurate with an inmates needs closest to his home, this Motion is hereby DENIED. Park's counsel shall assure that the Bureau of Prisons has relevant medical records.

/s/ Wolf D.J.
January 4, 2021