UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEENAM PARK, )<br>Defendant )<br>) | Crim. No. 1:20-cr-10128-MLW |

## AFFIDAVIT OF DEFENDANT, KEENAM PARK

NOW COMES, Keenam Park (hereinafter "Mr. Park"), who submits this sworn Affidavit pursuant to this Honorable Court's Order dated August 18, 2020. *See Dkt. 56.*

I, Keenam Park, having been duly sworn, hereby state the following under pains and penalties of perjury:

1. I have reviewed this Honorable Court's Order dated August 18, 2020.
2. I am in continued compliance with each of the conditions of the <u>Third Amended Order Setting Conditions of Release</u>, dated August 14, 2020, *Dkt. 53*, as well the <u>Fourth Amended Order Setting Conditions of Release</u>, dated November 3, 2020, *Dkt. 89*, including but not limited to:
   a. the condition that I will not solicit money from anyone for any purpose;
   b. not engage in any business directly or indirectly;
   c. will continue to reside at 3 President Terrace, Unit 1, Allston, Massachusetts 02134, with Haewon Park; and,
   d. I will not engage in any conduct prohibited by the conditions of my release.

Respectfully Submitted, Under the Pains and Penalties of Perjury, this 5th day of January, 2021.

*[signature]*
KEENAM PARK

## CERTIFICATE OF SERVICE

    I, Vikas S. Dhar, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by ECF upon all parties registered with CM/ECF in this matter on the date above.

                                                /s/ Vikas S. Dhar
                                                Vikas S. Dhar