# EXHIBIT 1

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☒ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF

USA v. KEENAM PARK
FOR AT BOSTON

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
KEENAM PARK

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge

District Court
20-10128 MLW

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment? ___
How much did you earn per month? $ ___
If married, is your spouse employed? ☐ Yes ☐ No  AND I AM NOT FAMILIAR WITH HER
We have been separated for more than 16 months. FINANCIAL SITUATION.
IF YES, how much does your spouse earn per month? $ ___
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**INCOME & ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ ___

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, total amount? $ 1500

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, give value and description for each $ ___

**OBLIGATIONS & DEBTS**

DEPENDENTS
MARITAL STATUS: ☐ Single  ✓ Married  ☐ Widowed  ☐ Separated or Divorced
Total No. of Dependents: 2
List persons you actually support and your relationship to them: ___

DEBTS & MONTHLY BILLS (Rent, utilities, loans, charge accounts, etc.)
DESCRIPTION: NONE
TOTAL DEBT / MONTHLY PAYMENT

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)    Date: 12/14/2020