UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 20-10128-MLW |
| KEENAM "KASON" PARK, | ) ) ) | |
| Defendant | ) ) | |

ASSENTED-TO MOTION FOR ORDER OF
RESTITUTION AND ENTRY OF AMENDED JUDGMENT

The government, with the assent of defendant Keenam Park, respectfully requests that the Court enter an order directing the defendant to pay $7,332,407.79 in restitution to the victims identified in Exhibit 1, attached hereto. The government further requests that the Court enter an amended judgment incorporating the $7,332,407.79 restitution figure and the attached victim list, which lists the victims by victim identification number.[1] Upon entry of the amended judgment, the government will provide the Clerk's Office with a list containing the victims' names, contact information, and loss amounts.

In support of this motion, the government states that, with respect to the school victims, the loss amounts are based in part on information contained in the Excel spreadsheet prepared by representatives of EduBoston, as referenced in paragraph 43 of the Presentence Investigation Report. The government contacted (or attempted to contact[2]) the affected schools to confirm the

---

[1] The government has separately provided defense counsel and the Probation Office with a copy of the victim list containing the victims' names.

[2] Several of the schools have permanently closed. The government was unable to make contact with a representative of one such school and therefore used the "tuition due" amount set forth in the EduBoston spreadsheet as that school's loss figure.

tuition amounts owed.[3] Some schools confirmed the amounts as set forth in the EduBoston spreadsheet, while others provided different amounts and explained the difference. For example, the loss amount for Cape Cod Academy was reduced by the amount the school has recovered to date in connection with its civil lawsuit.

With respect to the student victims, the loss amounts are based primarily on responses to a questionnaire that was prepared and distributed by the government. Each of the students listed in Exhibit 1 (or a parent/other representative of the student) completed a questionnaire and/or provided supporting documentation to show amounts paid to EduBoston in advance for the 2020-2021 academic year and/or amounts paid to EduBoston for the 2019-2020 academic year that were not waived or otherwise covered (*e.g.*, instances in which 2019-2020 tuition was not waived by the school and had to be re-paid by the student or, more commonly, where the student had to re-pay the host family fee or re-purchase insurance).

Accordingly, the government, with the assent of the defendant, respectfully requests that the Court order the defendant to pay $7,332,407.79 in restitution to the victims listed in Exhibit 1, and enter an amended judgment incorporating said restitution and the attached victim list.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:    */s/ Leslie A. Wright*
        LESLIE A. WRIGHT
        Assistant United States Attorney

Date: January 19, 2021

---

[3] One of the schools included in the attached victim list does not appear in the EduBoston spreadsheet as a school with tuition due. The government became aware of this school's status as a victim via direct communication with a representative of the school.

Certificate of Service

I hereby certify that this document was filed through the ECF system on January 19, 2021 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By:   */s/ Leslie A. Wright*
LESLIE A. WRIGHT
Assistant United States Attorney