Students & VIN

| VIN | Restitution Amount |
|---|---|
| 6319371 | $91,325.00 |
| 6319380 | $56,850.00 |
| 6416016 | $82,100.00 |
| 6424357 | $27,450.00 |
| 6319364 | $14,970.00 |
| 6416037 | $27,665.00 |
| 6319370 | $91,325.00 |
| 6416034 | $38,575.00 |
| 6416024 | $74,400.00 |
| 6424346 | $30,550.00 |
| 6319382 | $27,350.00 |
| 6319362 | $80,855.00 |
| 6424324 | $25,650.00 |
| 6416025 | $74,425.00 |
| 6404021 | $25,865.00 |
| 6424337 | $25,850.00 |
| 6319361 | $37,550.00 |
| 6416029 | $29,070.00 |
| 6424352 | $525.00 |
| 6424354 | $53,550.00 |
| 6416015 | $27,065.00 |
| 6319372 | $71,635.00 |
| 6422193 | $25,925.00 |
| 6422194 | $48,582.00 |
| 6416028 | $74,400.00 |
| 6422195 | $26,000.00 |
| 6401794 | $74,380.00 |
| 6401793 | $29,000.00 |
| 6424320 | $25,650.00 |
| 6319368 | $30,965.00 |
| 6424339 | $24,485.00 |
| 6319374 | $65,915.00 |
| 6474871 | $72,550.00 |

Students & VIN

| | |
|---|---|
| 6424329 | $74,820.00 |
| 6319369 | $94,350.00 |
| 6424125 | $23,150.00 |
| 6416030 | $29,400.00 |
| 6319385 | $69,480.00 |
| 6416027 | $43,055.00 |
| 6319375 | $70,163.12 |
| 6416018 | $26,450.00 |
| 6416031 | $26,870.00 |
| 6319363 | $46,300.00 |
| 6319383 | $30,500.00 |
| 6416023 | $29,050.00 |
| 6416026 | $77,000.00 |
| 6319373 | $97,340.00 |
| 6474872 | $78,535.00 |

**$2,328,915.12**

Schools & VIN

| VIN | Restitution Amount |
|---|---|
| 6162448 | $614,488.00 |
| 6401584 | $623,000.00 |
| 6309533 | $657,000.00 |
| 6309554 | $288,000.00 |
| 6309573 | $281,040.00 |
| 6309766 | $205,018.17 |
| 6309575 | $218,150.00 |
| 6309592 | $186,900.00 |
| 6309596 | $184,200.00 |
| 6309586 | $179,500.00 |
| 6309578 | $167,932.50 |
| 6309518 | $147,500.00 |
| 6309517 | $144,817.00 |
| 6415656 | $118,800.00 |
| 6309527 | $79,750.00 |
| 6309771 | $77,500.00 |
| 6309570 | $74,922.00 |
| 6309772 | $64,250.00 |
| 6415989 | $63,480.00 |
| 6415657 | $54,795.00 |
| 6309525 | $47,775.00 |
| 6309555 | $46,000.00 |
| 6309556 | $46,000.00 |
| 6309561 | $42,670.00 |
| 6309567 | $42,243.00 |
| 6309548 | $24,364.00 |
| 6309557 | $40,000.00 |
| 6424100 | $31,200.00 |
| 6415658 | $9,450.00 |
| 6309552 | $27,475.00 |
| 6309516 | $111,630.00 |
| 6309515 | $22,530.00 |
| 6415987 | $20,000.00 |

Schools & VIN

| | |
|---|---|
| 6415659 | $21,150.00 |
| 6415990 | $4,250.00 |
| 6415664 | $17,113.00 |
| 6415662 | $18,600.00 |
| | **$5,003,492.67** |

TOTAL

| **Total Restitution by Group:** | |
|---|---|
| Students | $2,328,915.12 |
| Schools | $5,003,492.67 |
| | **$7,332,407.79** |