

# Memorandum

**To:** The Honorable Mark L. Wolf, U.S. District Judge

**From:** Marlenny Ramdehal, Senior U.S. Probation Officer

**CC:** AUSA: Leslie Wright and Carol E. Head; Vikas S. Dhar and Paul J. Andrews, Jr, esq.

**Date:** January 15, 2021

**Re:** Keenam Park (Dkt. 20-CR-10128-MLW-1) - Request to Remove GPS Tracker

---

As the Court is aware, the defendant is scheduled to self-surrender to the BOP facility, FMC Devens on January 20, 2021. The Probation Office seeks the Court's approval to remove the electronic monitoring transmitter from the defendant's leg that morning. If Your Honor concurs with this request, please sign below.

Reviewed /Approved by:

*/s/ Chrissy Murphy*
Chrissy Murphy
Supervising U.S. Probation Officer

Respectfully submitted by:

*/s/ Marlenny Ramdehal*
Marlenny Ramdehal
Senior U.S. Probation Officer

**The Court Orders:**

(X) Mr. Park may have his electronic monitoring transmitter removed in the Probation Office in Massachusetts on the morning of January 20, 2021.

( ) Mr. Park can have his electronic monitoring transmitter removed by personnel at FMC Devens.

( ) Other:

UNITED STATES DISTRICT JUDGE

1/19/21

Date

1