FILED
IN CLERKS OFFICE

2021 FEB 22 PM 2:12   10-2021

TO HONORABLE JUDGE WOLFE

I SINCERELY HOPE ALL IS WELL AND YOU ARE STAYING HEALTHY. I SURRENDERED TO FMC DEVENS ON JANUARY 20TH AS ORDERED. AND I WAS FULLY PREPARED TO SERVE MY TERM PRESCRIBED BY YOUR HONOR. I WAS ACTUALLY A BIT RELIEVED KNOWING EVERYDAY I SPEND NOW IS A DAY CLOSER TO JOINING MY FAMILY AND PAYING MY DUE. AND REMIND MYSELF OF DAMAGES AND VICTIMS EVERYDAY. UPON ARRIVAL, I WAS PLACED IN A SOLITARY QUARANTINE FOR 2 WEEK FOLLOWED BY A DEFINITIVE PCR COVID-19 TEST WHICH FINALLY CAME BACK MAKING ME ELIGIBLE TO TRANSFER TO CAMP WHERE MY PRISON LIFE WOULD HAVE RESUMED. BUT THE CAMP WENT INTO A LOCK-DOWN JUST BEFORE I WAS ABLE TO MOVE. AND I HAD TO WAIT UNTIL LOCK-DOWN COMES OFF. AND ALL THIS WAS OK EVEN THOUGH I WAS ABLE TO GET ONE 15 MIN CALL AND ABOUT 30 MINUTE HUMAN INTERACTION WITH 3 MEALS PROVIDED THROUGH A SMALL OPENING ON THE METAL DOOR TO MY ROOM DURING THE LAST 3 WEEKS. HOWEVER, I COMPLAINED A SHORTNESS OF BREATH FROM MY ASTHMA BECAUSE MY INHALER DID NOT WORK PROPERLY, IT IMMEDIATELY ALERTED THE MEDICAL STAFF TO ISOLATE ME TO ANOTHER SOLITARY CONFINEMENT EVEN THOUGH I HAVE NO OTHER SYMPTOMS. AND THIS NEW CELL I AM PLACED IN IS WITHOUT ACCESS TO ANY PHONE CALL AND THERE ARE 2 OTHER INMATES IN CELLS NEXT TO ME WHO TESTED POSITIVE FOR COVID. EVER THIS IS ENDURABLE. HOWEVER, I AM MORE CONCERNED ABOUT A CHANGE IN MY HEALTH STATUS. AND I AM ACTUALLY A BIT RELIEVED TO BE ISOLATED FROM THE CAMP FOR NOW. UPON ARRIVAL, I WAS GIVEN A TB SKIN TEST. AND MY SKIN REACTION TO IT WAS SO VIOLENT THAT IT LEFT A MARK ON MY ARM, WHICH LOOKS LIKE A BURN MARK. DR. RUIZ, THE PRISON DOCTOR, INFORMED THAT I HAD A RECENT EXPOSURE TO TB DURING MY TRAVEL TO CHINA AND VIETNAM. AND DORMANT TB CAN FLARE UP AND COMPROMISE MY HEALTH SERIOUSLY. AND SHE PUT ME ON 6 MONTH TREATMENT. THIS IS MY DAY 2 IN THE SECOND 2 WEEK ISOLATION AND THE TREATMENT HAS NOT STARTED YET. THE SITUATION AT THE CAMP SEEMS VOLATILE, A LOCK-DOWN COMES ON AND OFF WHENEVER THERE IS ANY INMATE WITH POSITIVE TEST RESULT. I WAS ALREADY IN A SIGNIFICANTLY

compromised health condition, having a history of asthma; being in older age group (60½ years old), just came out of a very invasive neck disc fusion surgery which left a metal plate and scar tissue obstructing my airway a little bit. — I am a semi-professional singer and I am a bit more keen on change in my airway.

Now a TB exposure seems to be a real threat if I am exposed to COVID-19 before a completion of treatment.

Despite of a destitute and difficult condition of solitary confinement, I was committed to work hard to improve myself setting up daily routine such as daily exercise, reading the Bible to get to know God better — I read the entire Bible in 60 days, which gave me a better understanding of context than when I read bits and pieces of it once in a while — and keep record of daily journal until I ran out of papers. I came in committed to make my time here as productive as possible. However, I do not want my 60 months prison term to become anything more than that, and definitely not a death sentence, I desperately hope and pray.

So I humbly and respectfully request for a temporary release into a home confinement until I successfully complete TB treatment for 6 months. And I can return after the risk of mortality is considerably reduced so I can successfully serve my time and return to my family as a husband and father I should be. My previous home confinement is available and I will abide by all conditions set as I have done successfully in the past.

Please consider this request with mercy and compassion for me and my family. I really feel like playing Russian rulet to go to camp with my medical conditions if TB is not treated. Thank you for your kind consideration in advance.

Respectfully yours,

*Keenan Park*

KEENAM PARK (01995-138)

• Day 23 in solitary confinement and my next eligibility for camp is Day 35 to 40.