# United States Court of Appeals
## For the First Circuit

No. 20-2199

UNITED STATES,

Appellee,

v.

KEENAM PARK, a/k/a Kason,

Defendant - Appellant.

**JUDGMENT**

Entered: March 8, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Vikas S. Dhar
Paul Joseph Andrews Jr.
Carol Elisabeth Head
Donald Campbell Lockhart
Leslie Wright
Keenam Park