# United States Court of Appeals
## For the First Circuit

No. 20-2199

UNITED STATES

Appellee

v.

KEENAM PARK, a/k/a Kason

Defendant - Appellant

**MANDATE**

Entered: March 8, 2021

In accordance with the judgment of March 8, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul Joseph Andrews Jr.
Vikas S. Dhar
Carol Elisabeth Head
Donald Campbell Lockhart
Keenam Park
Leslie Wright