UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v. )<br>)<br>KEENAM "KASON" PARK, )<br>     Defendant. ) | Criminal No. 20-CR-10128-MLW |

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

  The United States of America, by its attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

  1. On May 6, 2021, in connection with the charges against the defendant Keenam Park (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

   a) A 2011 Lexus RX450H, bearing VIN JTJBC1BAXB2035337;

   b) Nine large boxes containing unopened masks an facial coverings (personal protective equipment or PPE), located in United #C1207 at All American Self Storage, 14 Mill Road Natick, MA 01760; and

   c) Five 27 inch iMac computers and one 21.5 inch iMac computer, in original packaging, located in Unit #2149 at i-Storage Self Storage at 145 N. Beacon Street, Brighton, MA 02135;

(collectively, the "Properties").[1]  See Docket No. [137].

2. Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on May 28, 2021 and ending on June 26, 2021.  See Docket Nos. 144, 145.

3. No claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture against the Properties in the form submitted herewith.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney,

By:   /s/ *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: August 30, 2021

---

[1]  In the initial motion (Docket No. 77), the United States also identified two e*trade accounts for forfeiture but later learned the accounts had been closed. The defendant caused an amount equivalent to the balances in those accounts as of August 2020, $24,446, to be paid over to the United States Marshals Service to be applied towards the Defendant's outstanding forfeiture money judgment.