UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     v.                                              )       Criminal No. 20-CR-10128-MLW<br>)<br>KEENAM "KASON" PARK,              )<br>          Defendant.                       ) | |

## UNITED STATES' STATUS REPORT ON FORFEITURE AND RESTITUTION

The United States of America, by its attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, respectfully submits this status on forfeiture.

1. The United States Attorney's Office submitted a request to the Money Laundering and Asset Recovery Section (MLARS) of the U.S. Department of Justice to restore funds recovered from assets forfeited to the United States, including seized bank accounts, a Lexus, and other personal property, for application to the Defendant's outstanding restitution.

2. The Attorney General's designee, MLARS, allowed the restoration request pursuant to 18 U.S.C. § 981(e)(6) on December 6, 2021, and, as a result, the United States Marshals Service will transfer $454,945.31 in forfeited funds to the United States District Court Clerk's Office to be applied towards the Defendant's outstanding criminal penalties, including restitution.

3. The United States will continue to pursue assets of the Defendant for application to the Defendant's outstanding restitution and forfeiture obligations, as appropriate.

                                                          Respectfully submitted,

                                                          NATHANIEL R. MENDELL
                                                          Acting United States Attorney,

                                      By:    /s/ *Carol E. Head*
                                                          CAROL E. HEAD
                                                          Assistant United States Attorney
                                                          United States Attorney's Office
                                                          1 Courthouse Way, Suite 9200
                                                          Boston, MA 02210
                                                          (617) 748-3100
Dated: December 30, 2021              carol.head@usdoj.gov